**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 25, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00450-CV

---

## IN RE OILFIELD SPECIALTIES, LLC, Appellant

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-35023**

---

## MEMORANDUM OPINION

Relator Oilfield Specialties, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jeralynn Manor, presiding judge of the 80th District Court of Harris County, to vacate the trial court's order signed May 10, 2021, vacating a previous order of the trial court releasing funds from the registry of the trial court.

Relator has not established it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.